1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                   FRESNO DIVISION

11

12  WILLIAM H. COLLIER, JR.,                    1:11-cv-00270-LJO-GBC (PC)

13          Plaintiff,                          ORDER GRANTING APPLICATION TO
                                                PROCEED IN FORMA PAUPERIS
14  v.
                                                (Document #8)
15  J. DREHER, et al.,
                                                        and
16          Defendants.
                                                ORDER DIRECTING PAYMENT
17  _____/                OF INMATE FILING FEE BY
                                                SOUTHERN DESERT CORRECTIONAL
18                                              CENTER

19       Plaintiff is a federal prisoner proceeding pro se pursuant to 403 U.S. 388 (1971) and has

20  requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the

21  showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be

22  granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

23  § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of

24  the preceding month's income credited to plaintiff's trust account.  Southern Desert Correctional

25  Center is required to send to the Clerk of the Court payments from plaintiff's account each time the

26  amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C.

27  § 1915(b)(2).

28

                                              -1-

1    In accordance with the above and good cause appearing therefore, IT IS HEREBY

2  ORDERED that:

3    1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

4    **2.  The Warden of Southern Desert Correctional Center or his designee shall**

5  **collect payments from plaintiff's prison trust account in an amount equal to twenty per cent**

6  **(20%) of the preceding month's income credited to the prisoner's trust account and shall**

7  **forward those payments to the Clerk of the Court each time the amount in the account exceeds**

8  **$10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected**

9  **and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name**

10  **and number assigned to this action.**

11    3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

12  plaintiff's in forma pauperis application on the Warden of the Southern Desert Correctional Center,

13  at P.O. Box 208, Indiana Springs, NV 89070.

14    4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

15  Department, U.S.  District Court, Eastern District of California, Fresno Division.

16    5.  Within thirty (60) days of the date of service of this order, plaintiff shall submit a

17  certified copy of his/her prison trust account statement for the six-month period immediately

18  preceding the filing of the complaint, if plaintiff has not already done so.

19

20  IT IS SO ORDERED.

21  Dated:    August 31, 2011

22                                   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28