1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9 | WILLIAM H. COLLIER, JR., | CASE NO. 1:11-cv-00270-LJO-GBC (PC)

10 |              Plaintiff, | ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO AMEND

11 |    v.

12 | J. DREHER, et al., | (Doc. 10)

13 |           Defendants.

14 | _____/

15      Plaintiff William H. Collier ("Plaintiff") is a federal prisoner proceeding pro se and in forma

16 pauperis in this civil action pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of*

17 *Narcotics*, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal

18 actors.  On February 14, 2011, Plaintiff filed his original complaint.  Doc. 1.  April 11, 2012,

19 Plaintiff filed a motion seeking leave to file his first amended complaint.  Doc. 10.

20      Under Rule 15(a) of the Federal Rules of Civil Procedure, a plaintiff may amend the pleading

21 once as a matter of course at any time before a responsive pleading is served.  Otherwise, a plaintiff

22 may amend only by leave of the court or by written consent of the adverse party, and leave shall be

23 freely given when justice so requires. Fed. R. Civ. P. 15(a).  In this case, a responsive pleading has

24 not been served and Plaintiff has not previously amended his complaint.  Therefore, Plaintiff may

25 file an amended complaint without leave of the Court.

26      In addition, Plaintiff is advised that his amended complaint should be brief, Fed. R. Civ. P.

27 8(a), but must state what each named defendant did that led to the deprivation of Plaintiff's

28 constitutional or other federal rights, *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1948-49 (2009).  "The

1

1   inquiry into causation must be individualized and focus on the duties and responsibilities of each

2   individual defendant whose acts or omissions are alleged to have caused a constitutional

3   deprivation." *Leer v. Murphy*, 844 F.2d 628, 633 (9th Cir. 1988).   Although accepted as true, the

4   "[f]actual allegations must be [sufficient] to raise a right to relief above the speculative level . . . ."

5   *Bell Atlantic Corp. v. Twombly*, 550 U.S. 554, 555 (2007) (citations omitted).   Finally, an amended

6   complaint supercedes the original complaint, *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir.

7   1997); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), and must be "complete in itself without

8   reference to the prior or superceded pleading," Local Rule 220.

9           Accordingly, it is HEREBY ORDERED that Plaintiff's motion for leave to amend filed on

10   April 11, 2012, is GRANTED.   Doc. 10.

11

12   IT IS SO ORDERED.

13

     Dated:    September 18, 2012

14                                              UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28