# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. COLLIER, JR., | CASE NO. 1:11-cv-00270-LJO-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| J. DREHER, et al., | (ECF Nos. 11 & 20) |
| Defendants. | |

Plaintiff William H. Collier, Jr. ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. This action is proceeding against Defendant Dreher for violations of Due Process and Plaintiff's right of access to the courts. Plaintiff alleges that Defendant Dreher intentionally falsified a document relied upon in determining the length of his sentence and prevented Plaintiff from mailing an objection in another case that led to his action being dismissed. (ECF Nos. 13, 15, 17.)

On April 11, 2012, Plaintiff filed a motion for a preliminary injunction or temporary restraining order directing all federal agencies to cease communication concerning Case No. CR-84-684 JPV until it is fully litigated. (ECF No. 11.) On February 7, 2013, the Magistrate Judge issued a findings and recommendations recommending to deny Plaintiff's motion. (ECF No. 20.) Plaintiff did not object to the findings and recommendations.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.

Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly, it is HEREBY ORDERED that:

    1.    The Court adopts the findings and recommendations, filed on February 7, 2013, in full; and

    2.    This matter shall be referred back to the Magistrate Judge.

IT IS SO ORDERED.

**Dated:   March 26, 2013**         /s/  Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE