# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. COLLIER, JR.,<br><br>            Plaintiff,<br><br>    v.<br><br>J. DREHER,<br><br>            Defendant. | Case No.  1:11-cv-00270-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(ECF No. 27) |

Plaintiff William H. Collier, Jr. (Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on February 14, 2011.  This action is proceeding against Defendant J. Dreher for a Due Process claim, in violation of the Fourteenth Amendment and an access to courts claim, in violation of the First Amendment.  However, the Marshal has not been able to locate and serve Defendant Dreher. (ECF No. 21.)  On May 8, 2013, the Court issued an Order to Show Cause why Defendant Dreher should not be dismissed from this action. (ECF No. 26.)   On May 20, 2013, Plaintiff filed a request for entry of default judgment as to Defendant Dreher.  (ECF No. 27.)

Although Plaintiff states that he served Defendant Dreher, there is no evidence in the record that Plaintiff legally effected service of process on Defendant, triggering his obligation to respond to Plaintiff's complaint.  Fed. R. Civ. P. 4(e).  As the Court noted in its May 8, 2013 Order to Show Cause, the Marshal attempted service, but was not able to locate Defendant

1

Dreher. (ECF No. 26.).

Lastly, Plaintiff's motion for default does not address the Court's Order to Show Cause filed May 8, 2013. Therefore, the Order to Show Cause is still in effect and Plaintiff must still explain why Defendant Dreher should not be dismissed from this action. Fed. R. Civ. P. 4(m). Plaintiff is further warned that his failure to show cause will result in the dismissal of Defendant Dreher from this action. Accordingly,

IT IS HEREBY ORDERED that:

1. Plaintiff's May 20, 2013 motion for entry of default is DENIED; and
2. The Plaintiff is advised that Plaintiff must respond to the Court's Order to Show Cause filed May 8, 21013 within the time limits imposed by that order and that a failure to respond to the order or the failure to show cause will result in the dismissal of Defendant J. Dreher from this action.

IT IS SO ORDERED.

Dated: **May 22, 2013**

UNITED STATES MAGISTRATE JUDGE

2